```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6
```

FILED

2005 JUN 13 P 4: 12

CLERK US DIST. COURT
EASTERN           CALIF

BY_____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSEMARY D. MARTINEZ, | ) | CV-F 04-6133 LJO |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO EXTEND |
| v. | ) ) | TIME |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from June 13, 2005 to July 13, 2005.

///
///
///
///
///
///
///
///
///

1 | This is defendant's first request for an extension of time to
2 | file a response to plaintiff's opening brief.  Defendant needs the
3 | additional time to further review the file and prepare a response in
4 | this matter.

5 |                                        Respectfully submitted,

7 | Dated: June 8, 2005                    /s/ Robert D. Christenson
                                           (As authorized via facsimile)
8 |                                        ROBERT D. CHRISTENSON
                                           Attorney for Plaintiff

11 | Dated: June 8, 2005                   McGREGOR W. SCOTT
                                           United States Attorney

13 |                                       /s/ Kristi C. Kapetan
                                           KRISTI C. KAPETAN
14 |                                       Assistant U.S. Attorney

**IT IS SO ORDERED:**

18 | Dated: June 13, 2005                  THE HONORABLE LAWRENCE J. O'NEILL
                                           United States Magistrate Judge